IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH WALKER FLOYD, IV,<br><br>Defendant. | Case No. 7:23-CR-00001-M-1 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FREDERICK FLOYD, JR.,<br><br>Defendant. | Case No. 7:23-CR-00001-M-2 |

## ORDER

This matter comes before the court on the United States' Motion for Order to Credit Restitution and Correct Clerical Order [DE 71]. For good cause shown, the motion is GRANTED as follows:

1. The financial section of the United States District Court Clerk's Office shall credit the above-named defendants' restitution balances by posting non-cash credit as reflected in the table at [DE 71-1] and in coordination with the United States Attorney's Office. *See* 18 U.S.C. § 3664(j)(2)(A) ("Any amount paid to a victim under an order of restitution shall be reduced by any amount later received as compensatory damages for the same loss by the victim in any Federal civil proceeding[.]").

2. Further, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the total restitution amount in the court's judgment [DE 58] for William Frederick Floyd Jr. is AMENDED to reflect the sum of the individual victims' restitution awards, which is $10,666,499.00. The Clerk is DIRECTED to file an amended judgment reflecting the corrected amount.

SO ORDERED this 22d day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE